# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                              Case No. 6:03-cr-201-Orl-28GJK

**PEDRO MEZA,**

    Defendant.

## ORDER

This case is before the Court on Defendant's Motion to Request Permission for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 89) filed February 1, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be Denied and the Court certify that the appeal is not taken in good faith (Doc. No. 91).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 22, 2012 (Doc. No. 91) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Request Permission for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 89) is **DENIED**.

3. The Court finds and certifies that the appeal is not taken in good faith.

DONE and ORDERED in Chambers, Orlando, Florida this 12 day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party